UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO


ALLAH BURMAN,                 )     CASE NO.  4:09CV0948
                              )
        Petitioner,           )     JUDGE CHRISTOPHER A. BOYKO
                              )
    v.                        )
                              )
                              )     JUDGMENT ENTRY
J. T. SHARTLE,                )
                              )
        Respondent.           )


This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed without prejudice pursuant to 28 U.S.C. § 2243, but without prejudice to any §2255 motion petitioner may file in the sentencing court.  Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


                                              S/Christopher A. Boyko
                                             CHRISTOPHER A. BOYKO
                                             UNITED STATES DISTRICT JUDGE

July 14, 2009